Derek N. JARVIS; Shirley J. Pittman, Plaintiffs—Appellants,

v.

GRADY MANAGEMENT, INCORPORATED; Duffie, Incorporated; April Lane Joint Venures; Montgomery County Government/Montgomery County Executive; Montgomery County Housing And Community Affairs Office; Montgomery County Attorney's Office, Defendants—Appellees.

No. 10–2159.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Derek N. Jarvis and Shirley J. Pittman, pro se. John Benjamin Raftery, Offit Kurman, PA, Bethesda, Maryland; Edward Barry Lattner, County Attorney's Office, Rockville, Maryland, for Appellees.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis and Shirley J. Pittman appeal the district court's order dismissing their civil action. We have reviewed the

record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jarvis v. Grady Mgmt., Inc.*, No. 8:09–cv–00280–PJM, 2010 WL 3938338 (D.Md. Oct. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*